

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 11 2017

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CATHINE LAVINA SELLERS | Criminal Indictment<br><br>No. 1:17-CR-241 |

THE GRAND JURY CHARGES THAT:

On or about June 13, 2017, in the Northern District of Georgia, the defendant, CATHINE LAVINA SELLERS, knowingly and intentionally possessed with the intent to distribute a controlled substance, said act involving: furanyl-fentanyl, a Schedule I controlled substance, U-47700, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Forfeiture

Upon conviction of the offense alleged in this Indictment, the defendant, CATHINE LAVINA SELLERS, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including, but not limited to, the following:

    (a) MONEY JUDGMENT:   A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable

property or seek a money judgment against said defendant for any amount that would constitute the proceeds of such violation.

A __True__ BILL

_____
FOREPERSON

JOHN A. HORN
  *United States Attorney*

*/s/ John T. DeGenova*

John T. DeGenova
  *Assistant United States Attorney*
Georgia Bar No. 940689

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181