IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CATHINE SELLERS, BOP # 70881-019, | : | |
| Movant, | : | |
| | : | CRIMINAL ACTION NO.<br>1:17-CR-0241-LMM |
| v. | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO.<br>1:18-CR-4284-LMM |
| Respondent. | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [59]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's R&R, the Government's motion to dismiss [56] is **GRANTED**, the motion to vacate [52-1] is **DISMISSED**, and Movant is **DENIED** a certificate of appealability.

**IT IS SO ORDERED** this 12th day of February, 2019.

_____
**Leigh Martin May**
**United States District Judge**